**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| In re:<br><br>23ANDME, INC., Customer Data Security Breach Litigation | MDL No. 3098 |
|---|---|

**ERRATA TO SCHEDULE OF ACTIONS FILED WITH NOTICE OF APPEARANCE
AND CORPORATE DISCLOSURE STATEMENTS**

This Errata corrects the Schedule of Actions filed as Exhibit A to the Notice of Appearance of Ian C. Ballon and the Corporate Disclosure Statements of Defendant, 23andMe, Inc., 23andMe, Pharmacy Holdings, Inc., and 23andMe Holding Co.

| Pages, Lines | Changed From: | Changed To: |
|---|---|---|
| Page 1; Title | 23ANDME, INC. | 23ANDME, INC., Customer Data Security Breach Litigation |
| Page 1; Title | SCHEDULE OF ACTIONS | CORRECTED SCHEDULE OF ACTIONS |
| Page 5; Row 2 | Hon. Laurel Beeler | Hon. Edward M. Chen |
| Page 5; Row 3 | Hon. Nathanael Cousins | Hon. Edward M. Chen |
| Page 5; Row 4 | Hon. Donna M. Ryu | Hon. Edward M. Chen |